J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Avetik Mikayelyan, | Case No. 5:26-cv-01035-SSS-DFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| THOMAS P. GILES, Director of Los Angeles Field Office, ICE ERO, in his official capacity; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; KRISTI NOEM, Former Secretary of the United States Department of Homeland Security; PAMELA BONDI, Former Attorney General of the United States, in his official capacity. | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (Dkt. No. 1) is granted as to Petitioner's Second Claim for Relief regarding violation of the Fifth Amendment, and  Respondents are ordered to release Petitioner forthwith.

The Court DIRECTS the Clerk to close this case.

DATED: May 20, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2